IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cr-167
3:13-cv-370

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| JAMES A. SHEPHERD ) | |
| ) | |

**THIS MATTER** is before the Court on the defendant's Motion to Transfer a related civil case assigned to another judge in this district. (Doc. No. 12).

For the reasons stated in the motion, the Court finds good cause to reassign the civil case.

**IT IS, THEREFORE, ORDERED** that the Motion to Transfer, (Doc. No. 12), is **GRANTED** and the Clerk shall reassign Case No. 3:13-cv-370 to the undersigned.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: September 9, 2013

Robert J. Conrad, Jr.
United States District Judge