IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00167-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES ALEXANDER SHEPHERD | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for Compassionate Release from home confinement, (Doc. No. 51), which he claims follows his request for relief from the manager of a residential reentry office.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within fourteen (14) days of the entry of this Order.

Signed: January 6, 2021

Robert J. Conrad, Jr.
United States District Judge